# UNITED STATES DISTRICT COURT

for the
District of Vermont

| | | |
|---|---|---|
| Karena LaPan, individually and on behalf of all others similarly situated | ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  5:17-cv-130 |
| Greenspoon Marder  LLP | ) ) | |
| *Defendant(s)* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 59) filed June 19, 2019,  defendant's Motion to Dismiss (Document No. 8) is GRANTED and the court withdraws it's previous Decision  (Document No. 19) filed February 22, 2018 which denied the Motion to Dismiss.   The court declines to exercise supplemental jurisdiction over ther emaining state law claims, see 28 U.S.C §1367(c) and these claims are DISMISSED without prejudice.

Date:   June 19, 2019

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   6/19/2019

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Elizabeth S. Britt*
*Signature of Clerk or Deputy Clerk*